UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICE, AND PRODUCT LIABILITY LITIGATION | CASE NO. MDL No. 1699 |
|---|---|
| | ORDER |
| This Document Relates to: Nancy Isaac Burgos, 06-3265 CRB | |

The Court previously ordered Defendant Pfizer to file a supplemental response to Plaintiff's motion to set aside the judgment dismissing Plaintiff's case for failure to comply with PTO 31 by September 30, 2009. That deadline is stayed. Pfizer shall update the Court regarding the status of the case at or before the next scheduled Case Management Conference.

**IT IS SO ORDERED.**

Dated: September 29, 2009

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

- 1 -

ORDER – M:05-CV-01699-CRB
EAST\42568518.1