UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICE, AND PRODUCT LIABILITY LITIGATION | CASE NO. MDL No. 1699 |
|---|---|
| This Document Relates to: Nancy Isaac-Burgos    06-3265 CRB | **STIPULATION AND** ~~PROPOSED~~ **ORDER STAYING PROCEEDINGS** |

WHEREAS, Plaintiff's case was dismissed with prejudice on July 30, 2009 for failure to comply with Pretrial Order No. 31. ("PTO 31");

WHEREAS, Plaintiff filed a motion to set aside the judgment dismissing her case with prejudice on August 16, 2009, and again on September 11, 2009;

WHEREAS, Pfizer, Inc. ("Pfizer") filed a memorandum in opposition to Plaintiff's motion on September 4, 2009;

WHEREAS, the Court entered an Order requiring Pfizer to submit a supplemental response to Plaintiff's motion; and

WHEREAS, the parties have commenced settlement discussions, which may render Plaintiff's motion moot;

THEREFORE, PLAINTIFFS AND DEFENDANTS HEREBY STIPULATE TO THE FOLLOWING:

1. Plaintiff's motion to set aside the judgment dismissing her case with prejudice is stayed until the parties complete settlement discussions; and

1

2. Neither Plaintiff nor Pfizer shall disclose any settlement offers or demands on the final settlement agreement to the Court.

DATED: _____Nov. 5_____, 2009        CAGUAS LEGAL SERVICES

By: _____
José Rafael Meléndez Mulero
USDC-PR: 200207
Urb. Villa del Rey
4G-9 Calle 2
Caguas, Puerto Rico 00727-6704
Telephone: 787.744.8588
Facsimile: 787.703.0977

ATTORNEYS FOR PLAINTIFFS

DATED: _____Nov. 5_____, 2009        DLA PIPER LLP (US)

By: _____/s/_____
Loren H. Brown
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212.335.4500
Facsimile: 212.335.4501

ATTORNEYS FOR DEFENDANTS

**PURSUANT TO THE PARTIES' STIPULATION IT IS SO ORDERED.**

Dated: November 12, 2009          _____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED
Judge Charles R. Breyer

2