IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER GRANTING WITHDRAWAL OF COUNSEL** |

*This document relates to:*

*Nancy Isaac Burgos, 06-3265*

_____/

The Court is in receipt of a motion from Plaintiff Nancy Isaac Burgos requesting that the Court permit her counsel to withdraw, and further requesting a thirty (30) day period in which to maintain the case at the status quo while she searches for new representation. The court hereby GRANTS Plaintiff's motion, and further DIRECTS Plaintiff to notify the Court forthwith of her contact information, including her telephone number. Plaintiff is advised that she must still comply with PTO 31, and that she must inform the Court if and when she obtains new counsel. If Plaintiff does not notify the Court that she has obtained new counsel within thirty (30) days, the Court will assume that Plaintiff is proceeding pro se.

**IT IS SO ORDERED.**

Dated: December 22, 2009

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\orderreburgos2.wpd